# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 3,833,706**

**Registered Aug. 17, 2010**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

SANTORO, LUCIO AND SANTORO, MEERA (UNITED KINGDOM PARTNERSHIP), DBA SANTORO LICENSING - A PARTNERSHIP LEGALLY ORGANISED UNDER THE LAWS OF THE UNITED KINGDOM
11 HARTFIELD CRESCENT, WIMBLEDON
LONDON, SW19 3RL, UNITED KINGDOM

FOR: GREETING CARDS, POSTCARDS, MINI GREETING CARDS, NOTELETS, GIFT WRAPPING PAPER; ART PRINTS, ART PRINTS ON CANVAS, BOOK MARKS, PAPER BADGES, POSTERS, RUBBER STAMPS, STAMP PADS, PRINTING BLOCKS, ARTS AND CRAFT PAINT KITS; DIARIES; CALENDARS; NOTEBOOKS; NOTEPADS; FABRIC COVERED NOTEBOOKS; ADDRESS BOOKS; ASSIGNMENT NOTE BOOKS, AGENDAS, LEVER ARCH FILE FOLDERS; RING BINDERS, PAPER FOLDERS, PAPER DOOR HANGERS; MEMO PADS; SKETCHBOOKS; STATIONERY SETS COMPRISED OF PAPER NOTEBOOKS, PAPER, ENVELOPES, PENS, PENCILS, DRAWING RULERS, ERASERS, SOLD TOGETHER AS A UNIT; PENCIL TINS, FABRIC PENCIL CASES; ERASERS; PENS; PENCILS; FOUNTAIN PENS; BALLPOINT PENS; GEL ROLLER PENS; PENCIL SHARPENERS; ARTISTS MATER-IALS, NAMELY, PAINTBRUSHES; CRAYON PASTELS; COLOURING PENS; PHOTO AL-BUMS; PAPER GIFT BAGS; CARDBOARD STORAGE BOXES; CARDBOARD GIFT BOXES; ART AND PHOTOGRAPH PORTFOLIO CASE; STATIONERY AND DOCUMENT PORTFOLIO; ZIP AROUND BINDERS, WALL STICKERS, STICKERS, ALBUMS FOR STICKERS, ADDRESS LABELS; PRINTED MATERIALS, NAMELY, NOVELS AND SERIES OF FICTION BOOKS AND SHORT STORIES FEATURING CHARACTERS; LUNCH BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-2007; IN COMMERCE 6-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-779,227, FILED 7-13-2009.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 4,001,910**

**Registered July 26, 2011**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SANTORO, LUCIO AND SANTORO, MEERA (UNITED KINGDOM PARTNERSHIP), DBA SANTORO LICENSING
ROTUNDA POINT
11 HARTFIELD CRESCENT, WIMBLEDON
LONDON, UNITED KINGDOM SW193RL

FOR: ALL PURPOSE SPORTS BAGS; ATHLETIC BAGS; BEACH BAGS; GYM BAGS; DRAWSTRING POUCHES; HANDBAGS; CLUTCH BAGS; LEATHER SHOPPING BAGS; OVERNIGHT BAGS; SCHOOL BAGS; SHOULDER BAGS; BOOK BAGS; EVENING HANDBAGS; COSMETIC AND PERSONAL GROOMING BAGS SOLD EMPTY; TOTE BAGS; DUFFLE BAGS; TRAVELLING BAGS FOR CARRYING PERSONAL ITEMS AND CLOTHING; GARMENT BAGS FOR TRAVEL; BRIEFCASES; SUITCASES; HOLDALLS, BACKPACKS; PURSES; POCKET WALLETS; COIN PURSES; WALLETS; ORGANIZER PURSES; VINYL CASES FOR CARRYING IDENTIFICATION CARDS; UMBRELLAS; PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-0-2010; IN COMMERCE 6-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,833,706.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GORGEOUS", APART FROM THE MARK AS SHOWN.

SER. NO. 85-189,938, FILED 12-3-2010.

BRIAN PINO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> ## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> ## The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 4,059,879**

**Registered Nov. 22, 2011**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

SANTORO, LUCIO AND SANTORO, MEERA (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
ROTUNDA POINT, 11 HARTFIELD CRESCENT,
WIMBLEDON
LONDON, UNITED KINGDOM SW193RL

FOR: CONFECTIONERY, NAMELY, BOILED SWEETS, BON-BONS MADE OF SUGAR, MINTS, CHOCOLATES, CHOCOLATE TRUFFLES, FRUIT JELLIES, GUM SWEETS, MARSHMALLOWS, DECORATED CHOCOLATES, DECORATED JELLIES, CHOCOLATE LOLLIES, LOLLIPOPS, BUBBLEGUM, BARS OF CHOCOLATE, SUGAR CAKE DECORATIONS, ICE-CREAM, FROZEN CONFECTIONS, WAFERS, SNACK CAKES, BAKERY GOODS, NAMELY BROWNIES, CAKES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-1-2011; IN COMMERCE 3-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-299,490, FILED 4-20-2011.

LINDA E. BLOHM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 5,100,061**

**Registered Dec. 13, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point
11 Hartfield Crescent
London UNITED KINGDOM SW193RL

CLASS 28: Toys, games and playthings, namely, dolls, doll clothing, doll accessories, board games, puzzles, plush toys, toy figures and card games; dolls; clothing for dolls; accessories for dolls; dolls houses; plush toys; bean bag dolls; toy figures; toy figurines and accessories thereof; rocking horses; playing cards; card games; board games; toy building blocks; puzzles; jigsaw puzzles; dominoes; marbles for games; musical toys; action skill games; puppets; balloons; hand held units for playing electronic games; electronic learning toys; toy bakeware and cookware; toy houses; toy model hobbycraft kits; inflatable toys; pull along toys; ride-on toys; bath toys; wind-up toys; musical instrument toys; balls for sport; handheld sports games, namely, yo-yos, skipping ropes, kites, tether-ball games, paddle ball games; bags adapted for sports equipment, namely, bowling ball bags; in-line skates; toy scooters; skate boards; children's play cosmetics

FIRST USE 6-00-2015; IN COMMERCE 1-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-019,082, FILED 04-29-2016
NICHOLAS ALTREE, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 5,160,334**

**Registered Mar. 14, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon UNITED KINGDOM SW193RL

CLASS 25: Clothing, namely, t-shirts, shirts, knit tops, woven tops, sweaters, jeans, trousers, shorts, dresses, skirts, coats, jackets, swimwear, beachwear, underwear, hosiery, camisoles, sleepwear, pyjamas, bath robes, belts, gloves, scarves, sarongs; headwear, namely, hats, caps, headbands, headscarves; footwear; shoes; athletic shoes; sandals; slippers; fabric eye shades

FIRST USE 2-00-2012; IN COMMERCE 3-10-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-122,429, FILED 08-01-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:*** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 5,299,757**

**Registered Oct. 03, 2017**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 20: Furniture; mirrors; personal compact mirrors; picture frames; photograph frames; coat hangers; indoor and outdoor furniture; furniture for camping; garden furniture; stools; chairs; tables; sofas; pillows; cushions; chair pads; door stops not of metal or rubber; Neck supporting pillows; Non-metal hooks; Door handles, not of metal; stands for flower pots; chests for toys; non-metal and non-paper containers for storage; magazine racks; decorative mobiles; storage solutions, namely, cabinets, shelves, furniture chests, boxes of wood or plastic, plastic cases, storage racks, drawers being furniture parts, cupboards; bins, not of metal; childrens furniture

FIRST USE 7-00-2011; IN COMMERCE 7-00-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The word(s) "GORJUSS" has no meaning in a foreign language.

SER. NO. 87-298,796, FILED 01-12-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 5,299,762**

**Registered Oct. 03, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 21: Beverageware and dinnerware of glass, porcelain, china and earthenware; kitchen and household containers and utensils, namely, serving forks and serving spoons, not of precious metal or coated therewith; candle rings and candle sticks not of precious metal; china ornaments; figurines of porcelain, earthenware, terracotta, ceramic, crystal or glass; glass bowls and glass jars; jugs and pitchers; napkin holders and rings not of precious metal; paper plates; pepper mills, hand-operated; pots; salt cellars and shakers; tableware, not of precious metal, namely, coffee sets comprised primarily of a non-electric coffee maker and coffee cups, tea sets, plates, saucers, cups, bowls, drinking glasses, mugs; tea pots; vases; dishes; works of art of porcelain, terracotta or glass; picnic baskets sold empty; pottery, namely, sculptures of earthenware; cups and mugs not of precious metal; decanters; soap dishes; oven mitts; baskets for household purposes; all purpose portable household containers; fitted picnic baskets; pill boxes for personal use; perfume atomisers sold empty; tooth brushes; ironing board covers; wall plaques made of earthenware and not being furniture; cookie and biscuit cutters

FIRST USE 2-00-2011; IN COMMERCE 2-00-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The word(s) "GORJUSS" has no meaning in a foreign language.

SER. NO. 87-300,277, FILED 01-13-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 5,299,767**

**Registered Oct. 03, 2017**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 24: Textiles and textile goods not included in other classes, namely, towels, face towels, pillow cases, duvet covers, bedspreads, bed sheets, comforters, curtains, fabric valances, quilts, bed blankets, throws, travelling rugs, cushion covers, tea towels, table linen and table napkins of textile, shower curtains, upholstery fabric, placemats of textile material, textile wall hangings, fabrics for textile use, traced cloths for embroidery, canvas for tapestry and embroidery, silk fabrics for printing patterns

FIRST USE 12-00-2012; IN COMMERCE 12-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The word(s) "GORJUSS" has no meaning in a foreign language.

SER. NO. 87-300,872, FILED 01-13-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 5,305,318**

**Registered Oct. 10, 2017**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 3: Anti-perspirants; Aromatics for fragrances, namely, body sprays; bath salts not for medical purposes; beauty masks; Body moisturisers; body scrub; colognes; cosmetics; decorative transfers for cosmetic purposes; dentifrices; eau de toilette; essential oils; false nails; fragrance emitting wicks for room fragrance; Fragrance sachets; Fragrances; Gels for use on the hair; hair care preparations; Hair conditioners; hair dyes; hair lotions; Hair shampoos; hair spray; Hair styling preparations; incense; incense sticks; non-medicated liquid soap; non-medicated lip balm; lotions for cosmetic purposes; Nail care preparations; Nail cream; nail polish; nail varnish; toilet water; Perfumes; Personal deodorants; potpourri; room fragrances; shampoos; non-medicated skin care preparations; skin cleansers; skin lotion; skin moisturisers; non-medicated soaps; non-medicated sun care preparations; non-medicated toiletry preparations; wipes impregnated with a skin cleanser; Scented fabric refresher sprays; Reed diffusers comprised of scented oils and also including reeds and a diffuser container; Scented linen sprays; non-medicated skin cleansing gels; disposable wipes impregnated with fragranced cleansing compounds for personal hygiene

FIRST USE 12-00-2012; IN COMMERCE 12-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The word(s) "GORJUSS" has no meaning in a foreign language.

SER. NO. 87-298,635, FILED 01-12-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 5,321,322**

**Registered Oct. 31, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Lucio Santoro and Meera Santoro (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point
11 Hartfield Crescent
Wimbledon, London, UNITED KINGDOM SW193RL

CLASS 9: Video game software; interactive multi-media software for playing games; computer game programs, software and cartridges; video game programs, software and cartridges; electronic game programs, software, cartridges; memory cards; Computer game software for use on mobile devices, computers, games consoles, tablet computers and other electronic mobile devices; Pre-recorded digital media devices, audio discs, video discs, CDs, DVDs and downloadable audio files featuring motion pictures, books, music, movies, television shows, short form programs, activities for children, instructions for toys or other audio-visual entertainment programming in the comedy, drama, and animation genres; downloadable motion pictures, television shows, audio-visual entertainment programs featuring animation, downloadable video recordings featuring animation, downloadable computer desktop wallpaper graphic files, downloadable computer game software and downloadable music files via a global computer network and wireless communication devices; downloadable computer, video and electronic game programs and software via a global computer network and wireless communication devices; downloadable software in the nature of a mobile application for use in processing digital audio and video files in the fields of entertainment, games and social media; downloadable computer software for mobile phones, tablets and other electronic mobile devices for use in processing digital audio and video files in the fields of entertainment, games and social media; downloadable software in the nature of a mobile application for playing computer games for use with computers, portable handheld digital electronic communication devices, mobile devices and wired and wireless communication devices; pre-recorded cds featuring music and motion picture sound tracks; cases for eyeglasses and sunglasses; spectacle frames; sunglasses; safety and protective helmets; computers; computer keyboards; computer mice; blank USB flash drives; mouse pads; audio speakers; headphones and earphones; calculators; cameras; cd players; radios; portable media players; battery chargers for mobile phones; decorative magnets; protective cases and covers for telephones, computers, and other electronic mobile devices, namely, mobile computers, notebook computers, laptops, portable media players, mp3 players, cameras; downloadable ring tones for mobile phones; downloadable electronic publications in the nature of e-books, magazines, newspapers, journals, blog articles, and podcasts in the field of fictional stories for children and adults

FIRST USE 11-00-2011; IN COMMERCE 11-00-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording "GORJUSS" has no meaning in a foreign language.



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

| REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION |
|:---:|
| **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.** |

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# GORJUSS

**Reg. No. 5,349,047**

**Registered Dec. 05, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 14: Jewellery; necklaces; bracelets; earrings; jewellery pins; finger rings; Jewellery chain of precious metal for anklets; jewellery charms; jewellery cases; jewellery boxes; pendants; clocks; watches; cuff links; tie pins; watch straps; Semi-precious articles of bijouterie in the nature of jewellery; Clock cases being parts of clocks; boxes of precious metal; jewellery pins for use on hats; ornamental lapel pins; Key rings of precious metals; Ornaments made of precious metal in the nature of jewellery; statues made of precious metal

FIRST USE 8-00-2012; IN COMMERCE 8-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The word(s) "GORJUSS" has no meaning in a foreign language.

SER. NO. 87-298,687, FILED 01-12-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# POPPI LOVES

**Reg. No. 5,553,626**

**Registered Sep. 04, 2018**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera  (UNITED KINGDOM PARTNERSHIP), TA
SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 24: Household textiles in the nature of textile tablecloths, textile fabrics for home
interiors, textile tea towels; household linen; bed linen; table linen; towels; face towels;
pillow cases; fabric valances; duvet covers; quilts; bedspreads; bed sheets; comforters;
curtains; baby blankets; children's blankets; woollen blankets; fleece blankets; bed blankets;
silk blankets; throws; travelling rugs; cushion covers; tea towels; table napkins of textile;
shower curtains; textile place mats; textile wall hangings; cashmere fabrics; cotton fabrics;
textile fabrics for home and commercial interiors; cotton base mixed fabrics; knitted fabrics;
mixed fibre fabrics; traced cloths for embroidery; canvas for tapestry or embroidery; silk
fabrics for printing patterns

FIRST USE 2-00-2017; IN COMMERCE 6-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-708,319, FILED 12-05-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# POPPI LOVES

**Reg. No. 5,604,825**

**Registered Nov. 13, 2018**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 16: Greeting cards; postcards; notelets; gift wrapping paper; art prints; art prints on canvas; book marks; posters; diaries; calendars; notepads; notebooks; address books; assignment note books; agendas; lever arch file folders; three-ring binders; paper folders; memo pads; sketchbooks; stationery sets comprised of paper notebooks, paper, envelopes, pens, pencils, drawing rulers, erasers, sold together as a unit; erasers; pens; pencils; fountain pens; ballpoint pens; gel roller pens; pencil sharpeners; pastel crayons; photo albums; paper gift bags; cardboard storage boxes; cardboard gift boxes; art and photograph portfolio cases; stationery and document portfolios; zip around binders; stickers; address labels; napkins of paper and cellulose; paper weights; table cloths, linen and mats of paper; paper tissues; facial tissues; toilet tissues; artists' materials, namely, artists' brushes, canvas for painting, painting palettes, molds for modeling clays; paintbrushes; pencil tins in the nature of pencil cases; pencil cases; printed paper door hangers; rubber stamps; children's books; picture books; stationery cases; paper gift cards; paper stationery; glue for stationery or household purposes; stationery folders; stationery boxes; gift bags; paper bags for packaging; all of the foregoing featuring a fictional character of a girl named Poppi

FIRST USE 2-00-2017; IN COMMERCE 6-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-708,180, FILED 12-05-2017



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# POPPI LOVES

**Reg. No. 5,609,969**

**Registered Nov. 20, 2018**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 18: Overnight bags; school bags; shoulder bags; book bags; evening handbags; toiletry bags sold empty; tote bags; duffle bags; travelling bags for carrying personal items and clothing; suitcases; garment bags for travel; briefcases; holdalls; backpacks; purses; wallets; coin purses; vinyl card cases for carrying identification cards; credit card holders; business card holders in the nature of wallets and card cases; umbrellas and parasols; key cases; Imitation leather; handbags; clutch bags; leather shopping bags; satchels; parasols; covers for parasols; covers for umbrellas; vanity cases, not fitted; textile shopping bags; cosmetic bags sold empty; all of the foregoing featuring a fictional character of a girl named Poppi

FIRST USE 2-00-2017; IN COMMERCE 6-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-708,234, FILED 12-05-2017

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# POPPI LOVES

**Reg. No. 5,620,502**

**Registered Dec. 04, 2018**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera  (UNITED KINGDOM PARTNERSHIP), TA
SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 21: Glassware for household purposes, namely, beverage glassware; porcelain ware
in the nature of plaques of porcelain, statues of porcelain, figurines of porcelain, dinner
services of porcelain, namely, plates, bowls, mugs; chinaware in the nature of plaques of
china, statues of china, figurines of china, dinner services of china, namely, plates, bowls,
mugs; earthenware in the nature of plaques of earthenware, statues of earthenware, figurines
of earthenware, dinner services of earthenware, namely, plates, bowls, mugs; containers for
household use; kitchen utensils, namely, rolling pins, spatulas, graters, whisks, ladles,
nutcrackers, wooden cooking spoons, cutting boards; candle rings; candlesticks; ceramics for
household purposes in the nature of ceramic statues, vases, vessels, bowls, plates and pots,
ceramic tissue box covers; china ornaments; statuettes of porcelain; figurines of terracotta;
figurines of crystal; figurines of glass; ceramic figurines; bowls; glass jars; earthenware jars;
mason jars; jugs; pitchers; napkin holders; napkin rings; pepper mills, hand-operated; salt
cellars; tea and coffee services in the nature of tableware; tea pots; vases; dishes; works of art
of porcelain, terracotta or glass; pottery in the nature of earthenware mugs, earthenware
flower pots; cups; mugs; decanters; soap dishes; plates; wall plaques made of china, crystal,
earthenware, glass, porcelain or terra cotta, not being furniture; soap boxes; tooth brushes;
perfume atomisers, sold empty; pill boxes for personal use; fitted picnic baskets; money
boxes; all of the foregoing featuring a fictional character of a girl named Poppi

FIRST USE 2-00-2017; IN COMMERCE 6-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-708,268, FILED 12-05-2017



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,724,216

Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## SANTORO

LUCIO SANTORO AND MEERA SANTORO, PARTNERSHIP, THE (PARTNERSHIP)
ROTUNDA POINT
11 HARTFIELD CRESCENT, WIMBLEDON
LONDON, UNITED KINGDOM SW19 3RL

FOR: GREETING CARDS, POSTCARDS, PAPER GIFT WRAPPING PAPER, ADDRESS BOOKS, APPOINTMENT BOOKS, NOTE BOOKS, STATIONERY, NAMELY DIARIES, LOCKABLE DIARIES, PENCIL HOLDERS, FABRIC PENCIL CASES, ZIP AROUND BINDERS, ASSIGNMENT BOOKS, AGENDAS, DIE-CUT PAPER NOTEBOOKS, ERASERS, PAPER FOLDERS, PENS, PENCILS, CALENDARS, NOTEBOOKS, NOTEPADS, FABRIC COVERED NO-

TEBOOKS, ADDRESS BOOKS, LEVER ARCH FILES, RING BINDERS, PHOTO ALBUMS, PAPER GIFT BAGS, FILED BOXES FOR STORAGE OF BUSINESS AND PERSONAL RECORD, STICKERS, STICKER BOOKS, PAPER LABELS, PHOTOGRAPHS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-0-1987; IN COMMERCE 5-0-1992.

SEC. 2(F).

SER. NO. 78-118,895, FILED 4-2-2002.

ROBIN CHOSID, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,039,938
Registered Jan. 10, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SANTORO

PARTNERSHIP OF SANTORO, LUCIO AND SANTORO, MEERA, THE (UNITED KINGDOM PARTNERSHIP)
ROTUNDA POINT, 11 HARTFIELD CRESCENT, WIMBLEDON
LONDON, UNITED KINGDOM SW19 3RL

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, TANK TOPS, APRONS, BLOUSES, COATS, DRESSES, JACKETS, JERSEYS, JOGGING SUITS, GYM SHORTS, JUMPERS, NIGHTSHIRTS, PAJAMAS, PONCHOS, ROBES, SHIRTS, SHORTS, SKIRTS, SWEATERS, SWEAT SUITS, JEANS, PANTS, VESTS, TOPS, TURTLENECKS, SOCKS, CAMISOLES, KNIT SHIRTS, SWEAT BANDS, WRIST BANDS, FLEECE TOPS AND BOTTOMS, GOLF SHIRTS, RAINCOATS, POLO SHIRTS, SLEEVELESS SHIRTS, BEACHWEAR, SWIM WEAR, BATHING SUITS, BATHROBES, LEOTARDS, LEGGINGS, SLACKS, UNDERWEAR AND UNDERGARMENTS, NAMELY, BOXER SHORTS, PANTS, BRAS, PANTIES, SLIPS, HOSIERY, PANTYHOSE AND TIGHTS, AC-CESSORIES, NAMELY, NECKWEAR, BELTS, GLOVES, TIES, SCARVES, EAR MUFFS, MITTENS, BABY'S CLOTHING, NAMELY, BIBS NOT OF PAPER, CLOTH BIBS, ROMPER SUITS; HEADGEAR, NAMELY HATS, CAPS, BASEBALL CAPS, KNITTED HEADWEAR, KNIT HATS AND CAPS, HEADBANDS, BANDANAS, SUN VISORS AND VISORS, FOOTWEAR, NAMELY, BOOTS, SHOES, SNEAKERS AND ATHLETIC SHOES, SANDALS, SLIPPERS, FLIP-FLOP SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2002; IN COMMERCE 2-0-2003.

OWNER OF U.S. REG. NO. 2,724,216.

SEC. 2(F).

SER. NO. 78-274,740, FILED 7-16-2003.

ANDREW BENZMILLER, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

United States Patent and Trademark Office

Reg. No. 3,049,484

Registered Jan. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SANTORO

SANTORO, LUCIO AND SANTORO, MEERA (UNITED KINGDOM PARTNERSHIP)
ROTUNDA POINT, 11 HARTFIELD CRESCENT
WIMBLEDON
LONDON, UNITED KINGDOM SW19 3RL

FOR: PERFUME, COSMETICS, NAMELY, NAIL VARNISH AND PREPARATIONS FOR REINFORCING AND STRENGTHENING NAILS, LIP-BALMS, LIPSTICK, LIP GLOSS, BODY GLITTER, BODY SHIMMER, BODY SOUFFLÉ, MASCARA, FACE-POWDERS, EYE-SHADOWS, EYE-LINERS; TOILE-TRIES, NAMELY, BUBBLE-BATHS, BODY SPRAYS, BODY SPRITZERS, SKIN MOISTURIZERS, BODY SCRUBS, HAIR LOTIONS, NAMELY, HAIR GEL, HAIR MOUSSE AND HAIR SPRAYS, SKIN SOAP, BATH SALTS, BATH BEADS, SHOWER GELS, ES-SENTIAL OILS FOR PERSONAL USE, DENTIFRICE,

HAIR GLITTER, HAIR MASCARA, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-0-1998; IN COMMERCE 2-0-1999.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,724,216.

SEC. 2(F).

SER. NO. 78-468,396, FILED 8-17-2004.

GWEN STOKOLS, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,053,246

Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SANTORO

LUCIO SANTORO AND MEERA SANTORO PARTNERSHIP, THE (UNITED KINGDOM PARTNERSHIP)
ROTUNDA POINT
11 HARTFIELD CRESCENT
WIMBLEDON, LONDON, UNITED KINGDOM SW19 3RL

FOR: DOLLS, PLUSH TOYS, TOY MOBILES, BEAN BAG DOLLS, PET TOYS, TIN TOYS, NAMELY FIGURINES, CONSTRUCTION TOYS, TOY ACTION FIGURINES AND ACCESSORIES THEREOF, COLLECTABLE TOY FIGURES, TOY CLOCKS AND WATCHES; WOODEN TOYS, NAMELY FIGURINES, PUZZLES, BUILDING BLOCKS, TOY ACTION FIGURES AND ACCESSORIES THEREOF; PVC TOYS, NAMELY COLLECTABLE FIGURINES, WIND-UP TOYS, BENDABLE TOYS, TOY BAKEWARE AND COOKWARE, TOY BANKS, TOY BUILDING BLOCKS, TOY HOUSES, TOY MODEL HOBBYCRAFT KITS, TOY RECORD PLAYERS, INFLATABLE TOYS, PULL TOYS, RIDE-ON TOYS, BATH TOYS; MUSICAL INSTRUMENT TOYS, JIGSAW PUZZLES, BOARD GAMES, BALLS FOR SPORT, TEDDY BEARS, BALLOONS, HANDHELD SPORTS GAMES, NAMELY, YO-YOS, SKIPPING ROPES, KITES, TETHER-BALL GAMES, PADDLE BALL GAMES, CARD GAMES, BAGS ADAPTED FOR SPORTS EQUIPMENT, NAMELY, BOWLING BALL BAGS; IN-LINE SKATES; TOY SCOOTERS, SKATE BOARDS, HAND-HELD UNIT FOR PLAYING VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,724,216.

SEC. 2(F).

SER. NO. 78-401,406, FILED 4-14-2004.

LINDA POWELL, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

United States Patent and Trademark Office

Reg. No. 3,065,253

Registered Mar. 7, 2006

## TRADEMARK
## PRINCIPAL REGISTER

# SANTORO

SANTORO, LUCIO AND SANTORO, MEERA
(UNITED KINGDOM PARTNERSHIP)
ROTUNDA POINT 11 HARTFIELD
CRESCENT WIMBLEDON
LONDON, UNITED KINGDOM SW19 3RL

FOR: ALL PURPOSE SPORTS BAGS; ATHLETIC
BAGS; BEACH BAGS; GYM BAGS; DRAWSTRING
POUCHES; HANDBAGS; CLUTCH BAGS; LEATHER
SHOPPING BAGS; SCHOOL BAGS; SHOULDER
BAGS; EVENING BAGS, COSMETIC AND PERSO-
NAL GROOMING BAGS SOLD EMPTY; TOTE
BAGS; DUFFLE BAGS; TRAVELING BAGS FOR
CARRYING PERSONAL ITEMS AND CLOTHING;
BRIEFCASES; SUITCASES; GARMENT BAGS FOR
TRAVEL; HOLDALLS; BACKPACKS; OVERNIGHT
BAGS; PURSES; POCKET WALLETS; COIN BAGS;

WALLETS; KEY CASES; UMBRELLAS; PARASOLS,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-2003; IN COMMERCE 10-0-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,724,216.

SEC. 2(F).

SER. NO. 78-467,766, FILED 8-16-2004.

WILLIAM BRECKENFELD, EXAMINING ATTOR-
NEY

# United States of America
## United States Patent and Trademark Office

# SANTORO

**Reg. No. 5,289,509**

**Registered Sep. 19, 2017**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO
LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 30: Confectionery, namely, boiled sweets, bon-bons made of sugar, mints,
chocolates, chocolate truffles, fruit jellies, gum sweets, marshmallows, decorated chocolates,
decorated jellies, chocolate lollies, lollipops, bubblegum, bars of chocolate, sugar cake
decorations, ice-cream, frozen confections, wafers, snack cakes; bakery goods, namely,
brownies, biscuits, cakes

FIRST USE 3-00-2011; IN COMMERCE 3-00-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-301,057, FILED 01-13-2017
ELIZABETH A O'BRIEN, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORO

**Reg. No. 5,289,502**

**Registered Sep. 19, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 21: Beverageware and dinnerware of glass, porcelain, china and earthenware; kitchen and household containers and utensils, namely, serving utensils, not of precious metal or coated therewith; candle rings and candle sticks not of precious metal; china ornaments; figurines of porcelain, earthenware, terracotta, ceramic, crystal or glass; glass bowls and glass jars; jugs and pitchers; napkin holders and rings not of precious metal; paper plates; pepper mills and pots; salt cellars and shakers; tableware, not of precious metal, namely, coffee sets, tea sets, plates, saucers, cups, bowls, glasses, mugs; tea pots; vases; dishes; works of art of porcelain, terracotta or glass; picnic baskets sold empty; pottery, namely, sculptures of earthenware; cups and mugs not of precious metal; decanters; soap dishes; oven mittens; baskets for domestic use; all purpose portable household containers; fitted picnic baskets; pill boxes for personal use; tooth brushes; ironing board covers; wall plaques, not being furniture, made of china or porcelain; cookie and biscuit cutters

FIRST USE 2-00-2011; IN COMMERCE 2-00-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-300,373, FILED 01-13-2017
ELIZABETH A O'BRIEN, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORO

**Reg. No. 5,305,333**

**Registered Oct. 10, 2017**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 20: Furniture; mirrors; personal compact mirrors; picture frames; photo frames; coat hangers; indoor and outdoor furniture; furniture for camping; garden furniture; stools; chairs; tables; sofas; pillows; cushions; seat pads; door stops not of metal or rubber; Neck supporting pillows; Non- metal hooks; Door handles, not of metal; stands for flower pots; chests for toys; containers of wood or plastic for storage; magazine racks; decorative mobiles; nesting boxes of wood or plastic; storage solutions, namely, cabinets, shelves, furniture chests, boxes of wood or plastic, plastic cases, storage racks, drawers being furniture parts, cupboards; bins, not of metal; children's furniture

FIRST USE 7-00-2011; IN COMMERCE 7-00-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-300,258, FILED 01-13-2017



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SANTORO

**Reg. No. 5,373,099**

**Registered Jan. 09, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 14: Jewellery; necklaces; bracelets; earrings; jewellery pins; finger rings; Jewellery chain of precious metal for anklets; jewellery charms; jewellery cases; jewellery boxes; pendants; clocks; watches; cuff links; tie pins; watch straps; Semi-precious articles of bijouterie, namely, jewellery; Clock cases being part of clocks; boxes of precious metal; jewellery pins for use on hats; ornamental jewellery pins; Key rings of precious metals; statues made of precious metal; ornaments of precious metal in the nature of jewellery

FIRST USE 8-00-2012; IN COMMERCE 8-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-298,740, FILED 01-12-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────────────────┐
│        REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION        │
│                                                                           │
│        WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│               DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.           │
└─────────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORO

**Reg. No. 5,399,520**

**Registered Feb. 13, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 9: Video game software; interactive multi-media software for playing games; computer, video and electronic game programs, software and cartridges; pre-recorded flash memory cards featuring video game programs; computer game software for use on mobile devices, computers, game consoles, tablet computers; Pre-recorded media, namely, audio, and video discs, cds, dvds and digital audio and video files featuring motion pictures, books, music, movies, television shows, short form programs, activities for children, instructions for toys in the comedy, drama, and animation genres; downloadable motion pictures, television shows, audio-visual entertainment programs, images, videos, computer desktop wallpaper, games and music in the field of animation via a global computer network and wireless communication devices; downloadable computer, video and electronic game programs and software via a global computer network and wireless communication devices; downloadable software in the nature of a mobile application for processing digital audio and video files in the fields of entertainment, games and social media; downloadable computer software for mobile phones, tablets for processing digital audio and video files in the fields of entertainment, games and social media; downloadable software in the nature of a mobile application for playing video games for use with computers, portable handheld digital electronic communication devices, mobile devices and wired and wireless communication devices; pre-recorded cds featuring music and motion picture sound tracks; Cases for eyeglasses and sunglasses; spectacle frames; sunglasses; safety and protective helmets, knee pads and elbow pads; computers; computer keyboards; computer mice; blank USB flash drives; mouse pads; audio speakers; headphones and earphones; calculators; cameras; cd players; radios; portable media players; Battery chargers for mobile phones; decorative magnets; protective cases and covers not of paper for telephones, computers, and other electronic mobile devices, namely, mobile computers, notebook computers, laptops, portable media players, mp3 players, cameras; downloadable ring tones for mobile phones; downloadable electronic publications in the nature of e-books, magazines, newspapers, electronic journals, podcasts featuring fictional stories for children and adults

FIRST USE 11-00-2011; IN COMMERCE 11-00-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-300,613, FILED 01-13-2017



Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORO

**Reg. No. 5,472,688**

**Registered May 22, 2018**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London, UNITED KINGDOM SW193RL

CLASS 24: Textiles and textile goods not included in other classes, namely, towels, face towels, pillow cases, duvet covers, bedspreads, bed sheets, comforters, curtains, fabric valances, quilts, bed blankets, throws, travelling rugs, cushion covers, tea towels, table linen and table napkins of textile, shower curtains, upholstery fabric, placemats of textile material, textile wall hangings, fabrics for textile use, traced cloths for embroidery, canvas for tapestry and embroidery, silk fabrics for printing patterns

FIRST USE 12-00-2012; IN COMMERCE 12-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-300,979, FILED 01-13-2017



Director of the United States
Patent and Trademark Office

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORUS

**Reg. No. 5,094,687**

**Registered Dec. 06, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 25: Clothing, namely, t-shirts, shirts, knit tops, woven tops, sweaters, jeans, trousers, shorts, dresses, skirts, coats, jackets, swimwear, beachwear, underwear, hosiery, camisoles, sleepwear, pyjamas, bath robes, belts, gloves, scarves, sarongs; headwear, namely, hats, caps, headbands, headscarves; footwear; shoes; athletic shoes; sandals; slippers; fabric eye shades

FIRST USE 9-00-2015; IN COMMERCE 9-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-967,196, FILED 04-07-2016
NICHOLAS ALTREE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SANTORUS

**Reg. No. 5,186,607**

**Registered Apr. 18, 2017**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Lucio Santoro and Meera Santoro (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point
11 Hartfield Crescent
Wimbledon, London UNITED KINGDOM SW193RL

CLASS 20: Furniture; mirrors; picture frames; garden furniture; bathroom fittings in the nature of furniture; bathroom furniture; pillows and cushions; indoor and outdoor furniture; storage solutions, namely, cabinets, shelves, furniture chests, boxes of wood or plastic, plastic cases, storage racks, drawers being furniture parts, cupboards; indoor blinds; furniture doors; bins, not of metal; non-metal hooks

FIRST USE 8-00-2015; IN COMMERCE 8-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-214,665, FILED 10-25-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SANTORUS

**Reg. No. 5,195,762**

**Registered May 02, 2017**

**Int. Cl.: 27**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 27: Carpets; rugs; floor coverings; non-textile wall hangings; wallpaper; bath mats; door mats

FIRST USE 8-00-2015; IN COMMERCE 1-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-243,384, FILED 11-21-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORUS

**Reg. No. 5,195,763**

**Registered May 02, 2017**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 24: Textiles and textile goods not included in other classes, namely, towels, face towels, pillow cases, duvet covers, bedspreads, bed sheets, comforters, curtains, fabric valances, quilts, bed blankets, throws, travelling rugs, cushion covers, tea towels, table linen and table napkins of textile, shower curtains, placemats of textile material, textile wall hangings, fabrics for textile use, traced cloths for embroidery, canvas for tapestry and embroidery, silk fabrics for printing patterns

FIRST USE 8-00-2015; IN COMMERCE 6-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-243,423, FILED 11-21-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SANTORUS

**Reg. No. 5,195,766**

**Registered May 02, 2017**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 11: Accent lights for indoor use; lamp bases; Bedside lamps; Candle lanterns; Ceiling lights; Chandeliers; Electrical lamps for indoor lighting; Electrical lamps for outdoor lighting; Floor lamps; Lamp holders; Lamp shades; Lamps; Lighting fixtures for household use; Lights for external installation; Oil lamps; Outdoor lighting, namely, lamps for outdoor use; Electric light decorative strings; Table lamps; Wall lights; Hot water bottles; Decorative water fountains

FIRST USE 8-00-2015; IN COMMERCE 9-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-244,695, FILED 11-22-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORUS

**Reg. No. 5,195,767**

**Registered May 02, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 16: Greeting cards; postcards; mini greeting cards; notelets; gift wrapping paper; art prints; art prints on canvas; book marks; posters; diaries; calendars; notebooks; notepads; fabric covered notebooks; address books; agendas; lever arch file folders; ring binders; paper folders; memo pads; sketchbooks; stationery sets comprised of paper notebooks, paper, envelopes, pens, pencils, drawing rulers, erasers, sold together as a unit; pencil tins; fabric pencil cases; erasers; pens; pencils; fountain pens; ballpoint pens; gel roller pens; pencil sharpeners; photo albums; paper gift bags; cardboard storage boxes; cardboard gift boxes; art and photograph portfolio case; stationery and document portfolio; zip around binders; wall stickers; stickers; albums for stickers; address labels; printed materials, namely, novels and series of fiction books and short stories featuring a variety of topics; lunch bags

FIRST USE 8-00-2015; IN COMMERCE 9-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-244,704, FILED 11-22-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────────────┐
│     REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION      │
│                                                                       │
│     WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE│
│          DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.           │
└─────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORUS

**Reg. No. 5,229,693**

**Registered Jun. 20, 2017**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 18: All purpose sports bags; athletic bags; beach bags; gym bags; drawstring pouches; handbags; clutch bags; leather shopping bags; overnight bags; school bags; shoulder bags; book bags; evening handbags; cosmetic and personal grooming bags sold empty; vanity cases, sold empty; tote bags; duffle bags; travelling bags for carrying personal items and clothing; garment bags for travel; briefcases; suitcases; holdalls; backpacks; purses; pocket wallets; coin purses; wallets; organizer purses; vinyl cases for carrying identification cards; umbrellas; parasols

FIRST USE 1-00-2017; IN COMMERCE 1-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-244,710, FILED 11-22-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SANTORUS

**Reg. No. 5,243,090**

**Registered Jul. 11, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING ,
Rotunda Point, 11 Hartfield Crescent
Wimbledon
London UNITED KINGDOM SW193RL

CLASS 21: Beverageware and dinnerware of glass, porcelain, china and earthenware; kitchen and household containers and utensils, namely, serving utensils, not of precious metal or coated therewith; candle rings and candle sticks not of precious metal; china ornaments; figurines of porcelain, terracotta or glass; glass bowls and glass jars; jugs and pitchers; napkin holders and rings not of precious metal; paper plates; pepper mills and pots; salt cellars and shakers; tableware, not of precious metal, namely, coffee sets, tea sets, plates, saucers, cups, bowls, glasses, mugs; tea pots; vases; dishes; works of art of porcelain, terracotta or glass; picnic baskets sold empty; pottery, namely, sculptures of earthenware; cups and mugs not of precious metal; decanters; soap dishes; oven mittens; baskets for domestic use; all purpose portable household containers

FIRST USE 2-00-2017; IN COMMERCE 2-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-244,716, FILED 11-22-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BANGOBERRY

**Reg. No. 7,449,419**
**Registered Jul. 16, 2024**
**Int. Cl.: 16, 18**
**Trademark**
**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA
SANTORO LICENSING
Wimbledon
Rotunda Point, 11 Hartfield Crescent
London, UNITED KINGDOM SW193RL

CLASS 16: Erasers; Paintbrushes; Pencils; Pens; Sketchbooks; Albums for stickers; Art
and photograph portfolio cases; Art prints; Art prints on canvas; Arts and craft paint
kits; Book marks; Boxes, cartons, storage containers, and packaging containers made of
paper or cardboard; Cardboard gift boxes; Children's arts and crafts paper kits;
Disposable napkins; Drawing pads; File folders; Gift wrapping paper; Memo pads;
Paper folders; Paper gift bags; Paper gift tags; Paper party decorations; Party goodie
bags of paper or plastic; Pastel crayons; Pen and pencil cases and boxes; Pencil cases;
Pencil sharpeners; Pencil tins; Photo albums; Printed crossword puzzles; Removable
tattoo transfers; Ring binders; Rubber stamps; Stamp pads; Stickers; Wall sticker
murals; Wall stickers; Ballpoint pens; Coloured pens; Document portfolios; Fountain
pens; Gel roller pens; Office binders; Paper lunch bags; Printed address books; Printed
address labels; Printed agendas; Printed books in the field of puzzles; Printed calendars;
Printed children's activity books; Printed children's storybooks; Printed coloring books;
Printed comic magazines; Printed diaries; Printed flash cards; Printed greeting cards;
Printed notebooks; Printed notepads; Printed paper door hangers; Printed postcards;
Printed posters; Printed children's books; Printed children's interactive educational
books; Printed trivia cards, other than for games; Stationery-type portfolios

FIRST USE 6-1-2023; IN COMMERCE 6-1-2023

CLASS 18: Backpacks; Briefcases; Handbags; Holdalls; Rucksacks; Suitcases; All-
purpose sports bags; Drawstring pouches; Parasols; Purses; Umbrellas; Wallets; Athletic
bags; Beach bags; Book bags; Calling card cases in the nature of wallets; Coin purses;
Cosmetic bags sold empty; Credit card holders; Duffle bags; Gym bags; Leather bags;
Leather shopping bags; Overnight bags; School bags; Shoulder bags; Textile shopping
bags; Tote bags; Travelling bags

FIRST USE 6-1-2023; IN COMMERCE 6-1-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



```
┌─────────────────────────────────────────────────────────────────────┐
│         REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION   │
│                                                                       │
│     WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│            DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.          │
└─────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# BANGOBERRY

**Reg. No. 7,450,774**

**Registered Jul. 16, 2024**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Santoro, Lucio and Santoro, Meera (UNITED KINGDOM PARTNERSHIP), TA SANTORO LICENSING
Wimbledon
Rotunda Point, 11 Hartfield Crescent
London, UNITED KINGDOM SW193RL

CLASS 28: Balloons; Dominoes; Kites; Puppets; Skateboards; Action skill games; Bath toys; Bean bag dolls; Board games; Card games; Electronic learning toys; Flying discs; Hand-held units for playing electronic games; In-line skates; Inflatable toys; Musical toys; Paddle ball games; Playing cards; Plush toys; Pull toys; Ride-on toys; Skipping ropes; Toy bakeware and cookware; Toy building blocks; Toy figures; Toy houses; Toy modeling dough; Toy models; Toy musical instruments; Toy scooters; Toys, namely, bean bag animals; Wind-up toys; Yo-yos; Christmas tree decorations; Jigsaw puzzles; Manipulative puzzles; Modeled plastic toy figurines; PVC toy figures; Sport balls; Toy imitation cosmetics

FIRST USE 8-00-2023; IN COMMERCE 8-00-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-134,119, FILED 08-15-2023



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.